IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNARD ISAIAH LOVE, AA-7389, | ) | |
| Petitioner, | ) | No. C 11-6283 CRB (PR) |
| vs. | ) | ORDER |
| ANTHONY HEDGPETH, Warden, | ) | (Docket # 15) |
| Respondent. | ) | |

On April 14, 2013, the court denied on the merits petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254, declined to issue a certificate of appealability (COA) and entered judgment in favor of respondent. Petitioner's request for an extension of time to file an application for a COA is construed as a request for an extension of time to file an application for a COA in the Ninth Circuit and is DENIED without prejudice to petitioner seeking an extension of time directly from the Ninth Circuit after he first files a notice of appeal.

SO ORDERED.

DATED: May 8, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.11\Love, K.11-6283.coa.ext.wpd